FRANK M. DENNING, Respondent, v. MARY O. DENNING, Appellant.— Appeal from a judgment entered upon a decision of the Supreme Court at Trial Term in Broome County, directing defendant-appellant to convey certain parcels of land and to execute a note and a real property mortgage pursuant to the terms of a separation agreement. Defendant-appellant does not deny that she has failed to carry out the terms of the separation agreement. She contended

that she should not be required to perform according to its terms because plaintiff-respondent has breached the agreement by failing to make certain payments for the support of a child of the marriage and because plaintiff-respondent revoked the agreement by cohabiting with her subsequent to its execution. The record discloses that plaintiff-respondent substantially performed the conditions imposed upon him by the agreement and there is evidence sufficient to support a finding that marital relations were not resumed. Judgment unanimously affirmed, with costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *post*, 929.]